1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHANNA CENICEROS HUDNALL,

11            Plaintiff,                    No. CIV S-09-1184 EFB P

12       vs.

13   BOB BANDA CENICEROS, et al.,           ORDER AND FINDINGS
                                            AND RECOMMENDATIONS
14            Defendants.

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28

18   U.S.C. § 636(b)(1).

19       On May 13, 2009, the court found that plaintiff's application to proceed *in forma*

20   *pauperis* pursuant to 28 U.S.C. § 1915(a) failed to include a certified copy of his trust fund

21   statement as required by § 1915(a)(2).  Plaintiff was granted thirty days in which to submit the

22   required trust account statement and warned plaintiff that failure to comply would result in a

23   recommendation that this action be dismissed.

24       The 30-day period has expired and plaintiff has not filed the required trust account

25   statement or otherwise responded to the court's order.

26   ////

1

1    Accordingly, it is hereby ORDERED that the Clerk shall randomly assign a United States

2    District Judge to this case; and

3    It is hereby RECOMMENDED that this action be dismissed without prejudice.

4    These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

6    after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11   Dated:  August 17, 2009.

13                  EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE